United States District Court
Southern District of Texas
**ENTERED**
September 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JOSEPH FRANCIS KALLUS,** *et al.*, § § § **Plaintiffs,** § § **VS.** § § **WEBER-STEPHEN PRODUCTS LLC,** *et al.*, § § § **Defendants.** § | **CIVIL ACTION NO. 4:20-CV-01065** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Weber-Stephen Products, LLC's ("Weber's") Motion for Summary Judgment, ECF No. 45, which had been referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On August 7, 2022, Judge Palermo issued the Report and Recommendation, ECF No. 73, recommending that the Motion for Summary Judgment be granted. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Weber's Motion for Summary Judgment is hereby **GRANTED**, and Plaintiffs' claims against Weber are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 9th day of September, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE